**FOX ROTHSCHILD LLP**
Formed in the Commonwealth of Pennsylvania
BY:   James Griffith, Esq. (JG 1633)
      Samuel H. Israel, Esq. (SI 0652)
      Thomas A. Cunniff, Esq. (TC 0314)
Princeton Pike Corporate Center
997 Lenox Drive, Building 3
Lawrenceville, New Jersey 08648-2311
(609) 896-3600
Attorneys for Defendants, Dawn Staley and Redevelopment Group V, LLC

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SUNSET FINANCIAL RESOURCES, INC. | Civil Action No. 05CV 2915(JBS) |
| Plaintiff, | CIVIL ACTION |
| v. | **NOTICE OF REMOVAL** |
| REDEVELOPMENT GROUP V, A PENNSYLVANIA LIMITED LIABILITY COMPANY AND DAWN STALEY | |
| Defendants. | |

TO:   JUDGES OF THE UNITED STATES DISTRICT COURT
      FOR THE DISTRICT OF NEW JERSEY

PLEASE TAKE NOTICE that on this date, defendants, Redevelopment Group V, LLC, a Pennsylvania limited liability company, and Dawn Staley (collectively, "Defendants"), by their

undersigned counsel, has filed this Notice of Removal pursuant to 28 U.S.C. § 1446(a), in the office of the Clerk of the United States District Court for the District of New Jersey.

Defendants, by their undersigned attorneys, state:

1. Defendant, Dawn Staley, is a citizen of the Commonwealth of Pennsylvania for the purpose of 28 U.S.C. § 1332.

2. Defendant, Redevelopment Group V, LLC, is a Pennsylvania limited liability company whose sole member, Dawn Staley, is a citizen of the Commonwealth of Pennsylvania for the purpose of 28 U.S.C. § 1332.

3. Plaintiff, Sunset Financial Resources, Inc., is a Maryland corporation with a principal place of business located at 10245 Centurian Parkway North, Suite 305, Jacksonville, Florida. Accordingly, Plaintiff, Sunset Financial Resources, Inc. is a citizen of the States of Maryland and Florida for the purpose of 28 U.S.C. § 1332.

4. The amount in controversy exceeds $75,000.00.

5. The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a)(1) based upon diversity of citizenship.

6. This matter is properly removable pursuant to 28 U.S.C. § 1441(a).

7. Pursuant to 28 U.S.C. § 1446(d), Defendant has served a copy of this notice upon counsel for the Plaintiff and has filed a copy of this notice with the Clerk of the Superior Court for Camden County, New Jersey.

8. Pursuant to 28 USC § 1446(a), attached to this Notice as Exhibit A is a copy of all pleadings, process, and orders served on Defendants in this matter.

9.  This Notice is filed with the Court within thirty days of Defendants' receipt "through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon such action or proceeding is based," as provided by 28 U.S.C. § 1446(b).

10. All named Defendants have joined in this notice.

>FOX ROTHSCHILD LLP
>Attorneys for Defendants, Redevelopment Group V, LLC, a Pennsylvania limited liability company and Dawn Staley
>
>By: _____
>JAMES GRIFFITH (JG 1633)
>SAMUEL H. ISRAEL (SI 0652)
>THOMAS A. CUNNIFF (TC 0314)

DATED: June 6, 2005

## CERTIFICATE OF SERVICE

I, Thomas A. Cunniff, hereby certify that I caused one copy of Defendants' Notice of Removal and Civil Cover Sheet to be delivered via Federal Express to Plaintiff's counsel as follows:

> Alison L. Galer, Esq.
> Norris McLaughlin & Marcus, PA
> 45 East High Street
> Somerville, NJ 08876

_____
Thomas A. Cunniff

Dated: June 6, 2005

# EXHIBIT A

THIS COMMUNICATION IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE

NORRIS, McLAUGHLIN & MARCUS
A Professional Corporation
721 Route 202-206
P.O. Box 1018
Somerville, NJ 08876-1018
(908) 722-0700
Attorneys for Plaintiff

| | |
|---|---|
| SUNSET FINANCIAL RESOURCES, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>REDEVELOPMENT GROUP V, LLC, a Pennsylvania limited liability company and DAWN STALEY       Defendant. | SUPERIOR COURT OF NEW JERSEY<br>CHANCERY DIVISION<br>CAMDEN COUNTY<br>DOCKET NO: CAM L 2922-05<br><br>Civil Action<br><br>SUMMONS |

From The State of New Jersey
To The Defendant(s) Named Above: **REDEVELOPMENT GROUP V, LLC, a Pennsylvania limited liability company,**

The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (The address of each deputy clerk of the Superior Court is provided.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, CN-971, Trenton, New Jersey 08625. A $135.00 filing fee payable to the Clerk of the Superior Court and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee and completed Case Information Statement) if you want the Court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the County where you live. A list of these offices is provided. If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A list of these numbers is also provided.

DONALD F. PHELAN
Clerk of the Superior Court

DATED: May 31, 2005
Name and Address of Defendant to be Served: REDEVELOPMENT GROUP V, LLC, a Pennsylvania limited liability company, c/o DAWN STALEY, Managing Member, c/o James Griffith, Esq., 2000 Market Street, 10th Floor, Philadelphia, PA 19103

| | | |
|---|---|---|
| **ATLANTIC COUNTY:**<br>Deputy Clerk of the Superior Court<br>Civil Division/Direct Filing<br>1201 Bacharach Boulevard, First Fl.<br>Atlantic City, NJ 08401<br>LAWYER REFERRAL<br>(609) 345-3444<br>LEGAL SERVICES<br>(609) 348-4200 | **GLOUCESTER COUNTY:**<br>Deputy Clerk of the Superior Court<br>Civil Case Management Office, Attn: Intake<br>First Floor, Court House<br>1 North Broad Street, P.O. Box 129<br>Woodbury, NJ 08096<br>LAWYER REFERRAL<br>(856) 848-4589<br>LEGAL SERVICES<br>(856) 848-5360 | **OCEAN COUNTY:**<br>Deputy Clerk of the Superior Court<br>Court House, Room 119<br>118 Washington Street<br>Toms River, NJ 08754<br>LAWYER REFERRAL<br>(732) 240-3666<br>LEGAL SERVICES<br>(732) 341-2727 |
| **BERGEN COUNTY:**<br>Deputy Clerk of the Superior Court<br>Case Processing Section<br>Room 119<br>Justice Center, 10 Main Street<br>Hackensack, NJ 07601-0769<br>LAWYER REFERRAL<br>(201) 488-0044<br>LEGAL SERVICES<br>(201) 487-2166 | **HUDSON COUNTY:**<br>Deputy Clerk of the Superior Court<br>Superior Court, Civil Records Dept.<br>Brennan Court House, First Floor<br>583 Newark Avenue<br>Jersey City, NJ 07306<br>LAWYER REFERRAL<br>(201) 798-2727<br>LEGAL SERVICES<br>(201) 792-6363 | **PASSAIC COUNTY:**<br>Deputy Clerk of the Superior Court<br>Civil Division, Court House<br>77 Hamilton Street<br>Paterson, NJ 07505<br>LAWYER REFERRAL<br>(973) 278-9223<br>LEGAL SERVICES<br>(973) 345-7171 |
| **BURLINGTON COUNTY:**<br>Deputy Clerk of the Superior Court<br>Central Processing Office<br>Attn: Judicial Intake, First Floor<br>Courts Facility, 49 Rancocas Road<br>Mount Holly, NJ 08060<br>LAWYER REFERRAL<br>(609) 261-4862<br>LEGAL SERVICES<br>(609) 261-1088 | **HUNTERDON COUNTY:**<br>Deputy Clerk of the Superior Court<br>Civil Division<br>65 Park Avenue<br>Flemington, NJ 08862<br>LAWYER REFERRAL<br>(908) 735-2611<br>LEGAL SERVICES<br>(908) 782-7979 | **SALEM COUNTY:**<br>Deputy Clerk of the Superior Court<br>92 Market Street<br>P.O. Box 18<br>Salem, NJ 08079<br>LAWYER REFERRAL<br>(856) 935-5628<br>LEGAL SERVICES<br>(856) 451-0003 |
| **CAMDEN COUNTY:**<br>Deputy Clerk of the Superior Court<br>Civil Processing Office<br>First Floor, Hall of Records<br>101 South Fifth Street<br>Camden, NJ 08103<br>LAWYER REFERRAL<br>(856) 964-4520<br>LEGAL SERVICES<br>(856) 964-2010 | **MERCER COUNTY:**<br>Deputy Clerk of the Superior Court<br>Local Filing Office, Courthouse<br>175 South Broad Street<br>P.O. Box 8068<br>Trenton, NJ 08650<br>LAWYER REFERRAL<br>(609) 585-6200<br>LEGAL SERVICES<br>(609) 695-6249 | **SOMERSET COUNTY:**<br>Deputy Clerk of the Superior Court<br>Civil Division Office<br>New Court House, 3rd Floor<br>P.O. Box 3000<br>Somerville, NJ 08876<br>LAWYER REFERRAL<br>(908) 685-2323<br>LEGAL SERVICES<br>(908) 231-0840 |
| **CAPE MAY COUNTY:**<br>Deputy Clerk of the Superior Court<br>9 North Main Street<br>Box DN-209<br>Cape May Court House, NJ 08210<br>LAWYER REFERRAL<br>(609) 463-0313<br>LEGAL SERVICES<br>(609) 465-3001 | **MIDDLESEX COUNTY:**<br>Deputy Clerk of the Superior Court<br>Administration Building, Third Floor<br>1 Kennedy Square, P.O. Box 2633<br>New Brunswick, NJ 08903-2633<br>LAWYER REFERRAL<br>(732) 828-0053<br>LEGAL SERVICES<br>(732) 249-7600 | **SUSSEX COUNTY:**<br>Deputy Clerk of the Superior Court<br>Sussex County Judicial Center<br>43-47 High Street<br>Newton, NJ 07860<br>LAWYER REFERRAL<br>(973) 267-5882<br>LEGAL SERVICES<br>(973) 383-7400 |
| **CUMBERLAND COUNTY:**<br>Deputy Clerk of the Superior Court<br>Civil Case Management Office<br>Broad & Fayette Streets, P.O. Box 615<br>Bridgeton, NJ 08302<br>LAWYER REFERRAL<br>(856) 692-6207<br>LEGAL SERVICES<br>(856) 451-0003 | **MONMOUTH COUNTY:**<br>Deputy Clerk of the Superior Court<br>71 Monument Park, P.O. Box 1269<br>Freehold, NJ 07728-1269<br>LAWYER REFERRAL<br>(732) 431-5544<br>LEGAL SERVICES<br>(732) 866-0020 | **UNION COUNTY:**<br>Deputy Clerk of the Superior Court<br>First Floor, Court House<br>2 Broad Street<br>Elizabeth, NJ 07207-6073<br>LAWYER REFERRAL<br>(908) 353-4715<br>LEGAL SERVICES<br>(908) 354-4340 |
| **ESSEX COUNTY:**<br>Deputy Clerk of the Superior Court<br>50 West Market Street<br>Room 131<br>Newark, NJ 07102<br>LAWYER REFERRAL<br>(973) 622-6207<br>LEGAL SERVICES<br>(973) 624-4500 | **MORRIS COUNTY:**<br>Deputy Clerk of the Superior Court<br>Civil Division<br>30 Schuyler Place, P.O. Box 910<br>Morristown, NJ 07960-0910<br>LAWYER REFERRAL<br>(973) 267-5882<br>LEGAL SERVICES<br>(973) 285-6911 | **WARREN COUNTY:**<br>Deputy Clerk of the Superior Court<br>Civil Division Office<br>Court House, 413 Second Street<br>Belvidere, NJ 07823-1500<br>LAWYER REFERRAL<br>(973) 267-5882<br>LEGAL SERVICES<br>(973) 475-2010 |

THIS COMMUNICATION IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE

NORRIS, McLAUGHLIN & MARCUS
A Professional Corporation
721 Route 202-206
P.O. Box 1018
Somerville, NJ  08876-1018
(908) 722-0700
Attorneys for Plaintiff

| | |
|---|---|
| SUNSET FINANCIAL RESOURCES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> REDEVELOPMENT GROUP V, LLC, a Pennsylvania limited liability company and DAWN STALEY <br><br> Defendant. | SUPERIOR COURT OF NEW JERSEY <br> CHANCERY DIVISION <br> CAMDEN COUNTY <br> DOCKET NO: L 2922-05 <br><br> Civil Action <br><br> SUMMONS |

From The State of New Jersey
To The Defendant(s) Named Above:  DAWN STALEY

    The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (The address of each deputy clerk of the Superior Court is provided.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, CN-971, Trenton, New Jersey 08625. A $135.00 filing fee payable to the Clerk of the Superior Court and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee and completed Case Information Statement) if you want the Court to hear your defense.

    If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

    If you cannot afford an attorney, you may call the Legal Services office in the County where you live. A list of these offices is provided. If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A list of these numbers is also provided.

                                                         **DONALD F. PHELAN**
                                                          **Clerk of the Superior Court**

DATED: May 31, 2005
Name and Address of:  DAWN STALEY, c/o James Griffith, Esq., 2000 Market Street, 10th Floor, Philadelphia, PA 19103

| ATLANTIC COUNTY:<br>Deputy Clerk of the Superior Court<br>Civil Division/Direct Filing<br>1201 Bacharach Boulevard, First Fl.<br>Atlantic City, NJ 08401<br>LAWYER REFERRAL<br>(609) 345-3444<br>LEGAL SERVICES<br>(609) 348-4200 | GLOUCESTER COUNTY:<br>Deputy Clerk of the Superior Court<br>Civil Case Management Office, Attn: Intake<br>First Floor, Court House<br>1 North Broad Street, P.O. Box 129<br>Woodbury, NJ 08096<br>LAWYER REFERRAL<br>(856) 848-4589<br>LEGAL SERVICES<br>(856) 848-5360 | OCEAN COUNTY:<br>Deputy Clerk of the Superior Court<br>Court House, Room 119<br>118 Washington Street<br>Toms River, NJ 08754<br>LAWYER REFERRAL<br>(732) 240-3666<br>LEGAL SERVICES<br>(732) 341-2727 |
|---|---|---|
| BERGEN COUNTY:<br>Deputy Clerk of the Superior Court<br>Case Processing Section<br>Room 119<br>Justice Center, 10 Main Street<br>Hackensack, NJ 07601-0769<br>LAWYER REFERRAL<br>(201) 488-0044<br>LEGAL SERVICES<br>(201) 487-2166 | HUDSON COUNTY:<br>Deputy Clerk of the Superior Court<br>Superior Court, Civil Records Dept.<br>Brennan Court House, First Floor<br>583 Newark Avenue<br>Jersey City, NJ 07306<br>LAWYER REFERRAL<br>(201) 798-2727<br>LEGAL SERVICES<br>(201) 792-6363 | PASSAIC COUNTY:<br>Deputy Clerk of the Superior Court<br>Civil Division, Court House<br>77 Hamilton Street<br>Paterson, NJ 07505<br>LAWYER REFERRAL<br>(973) 278-9223<br>LEGAL SERVICES<br>(973) 345-7171 |
| BURLINGTON COUNTY:<br>Deputy Clerk of the Superior Court<br>Central Processing Office<br>Attn: Judicial Intake, First Floor<br>Courts Facility, 49 Rancocas Road<br>Mount Holly, NJ 08060<br>LAWYER REFERRAL<br>(609) 261-4862<br>LEGAL SERVICES<br>(609) 261-1088 | HUNTERDON COUNTY:<br>Deputy Clerk of the Superior Court<br>Civil Division<br>65 Park Avenue<br>Flemington, NJ 08862<br>LAWYER REFERRAL<br>(908) 735-2611<br>LEGAL SERVICES<br>(908) 782-7979 | SALEM COUNTY:<br>Deputy Clerk of the Superior Court<br>92 Market Street<br>P.O. Box 18<br>Salem, NJ 08079<br>LAWYER REFERRAL<br>(856) 935-5628<br>LEGAL SERVICES<br>(856) 451-0003 |
| CAMDEN COUNTY:<br>Deputy Clerk of the Superior Court<br>Civil Processing Office<br>First Floor, Hall of Records<br>101 South Fifth Street<br>Camden, NJ 08103<br>LAWYER REFERRAL<br>(856) 964-4520<br>LEGAL SERVICES<br>(856) 964-2010 | MERCER COUNTY:<br>Deputy Clerk of the Superior Court<br>Local Filing Office, Courthouse<br>175 South Broad Street<br>P.O. Box 8068<br>Trenton, NJ 08650<br>LAWYER REFERRAL<br>(609) 585-6200<br>LEGAL SERVICES<br>(609) 695-6249 | SOMERSET COUNTY:<br>Deputy Clerk of the Superior Court<br>Civil Division Office<br>New Court House, 3rd Floor<br>P.O. Box 3000<br>Somerville, NJ 08876<br>LAWYER REFERRAL<br>(908) 685-2323<br>LEGAL SERVICES<br>(908) 231-0840 |
| CAPE MAY COUNTY:<br>Deputy Clerk of the Superior Court<br>9 North Main Street<br>Box DN-209<br>Cape May Court House, NJ 08210<br>LAWYER REFERRAL<br>(609) 463-0313<br>LEGAL SERVICES<br>(609) 465-3001 | MIDDLESEX COUNTY:<br>Deputy Clerk of the Superior Court<br>Administration Building, Third Floor<br>1 Kennedy Square, P.O. Box 2633<br>New Brunswick, NJ 08903-2633<br>LAWYER REFERRAL<br>(732) 828-0053<br>LEGAL SERVICES<br>(732) 249-7600 | SUSSEX COUNTY:<br>Deputy Clerk of the Superior Court<br>Sussex County Judicial Center<br>43-47 High Street<br>Newton, NJ 07860<br>LAWYER REFERRAL<br>(973) 267-5882<br>LEGAL SERVICES<br>(973) 383-7400 |
| CUMBERLAND COUNTY:<br>Deputy Clerk of the Superior Court<br>Civil Case Management Office<br>Broad & Fayette Streets, P.O. Box 615<br>Bridgeton, NJ 08302<br>LAWYER REFERRAL<br>(856) 692-6207<br>LEGAL SERVICES<br>(856) 451-0003 | MONMOUTH COUNTY:<br>Deputy Clerk of the Superior Court<br>71 Monument Park, P.O. Box 1269<br>Freehold, NJ 07728-1269<br>LAWYER REFERRAL<br>(732) 431-5544<br>LEGAL SERVICES<br>(732) 866-0020 | UNION COUNTY:<br>Deputy Clerk of the Superior Court<br>First Floor, Court House<br>2 Broad Street<br>Elizabeth, NJ 07207-6073<br>LAWYER REFERRAL<br>(908) 353-4715<br>LEGAL SERVICES<br>(908 354-4340 |
| ESSEX COUNTY:<br>Deputy Clerk of the Superior Court<br>50 West Market Street<br>Room 131<br>Newark, NJ 07102<br>LAWYER REFERRAL<br>(973) 622-6207<br>LEGAL SERVICES<br>(973) 624-4500 | MORRIS COUNTY:<br>Deputy Clerk of the Superior Court<br>Civil Division<br>30 Schuyler Place, P.O. Box 910<br>Morristown, NJ 07960-0910<br>LAWYER REFERRAL<br>(973) 267-5882<br>LEGAL SERVICES<br>(973) 285-6911 | WARREN COUNTY:<br>Deputy Clerk of the Superior Court<br>Civil Division Office<br>Court House, 413 Second Street<br>Belvidere, NJ 07823-1500<br>LAWYER REFERRAL<br>(973) 267-5882<br>LEGAL SERVICES<br>(973) 475-2010 |

**NORRIS, McLAUGHLIN & MARCUS**
A Professional Corporation
721 Route 202-206
P.O. Box 1018
Somerville, NJ  08876-1018
(908) 722-0700
Attorneys for Plaintiff Sunset Financial Resources, Inc.

| | |
|---|---|
| SUNSET FINANCIAL RESOURCES, INC.,<br><br>                    Plaintiff,<br><br>vs.<br><br>REDEVELOPMENT GROUP V, LLC, a Pennsylvania limited liability company and DAWN STALEY,<br>                    Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION<br>CAMDEN COUNTY<br>DOCKET NO: CAM-L-2922-05<br><br>Civil Action<br><br>ACKNOWLEDGMENT OF SERVICE |

Service of the SUMMONS, COMPLAINT, CASE INFORMATION STATEMENT and TRACK ASSIGNMENT NOTICE, is acknowledged on behalf of the defendant, **DAWN STALEY**, on this 1st day of June, 2005.

                              Fox Rothschild, LLP
                              Attorneys at Law

                              By: _____
                                  James Griffith, Esq.
                                  Attorney for Dawn Staley

**NORRIS, McLAUGHLIN & MARCUS**
A Professional Corporation
721 Route 202-206
P.O. Box 1018
Somerville, NJ  08876-1018
(908) 722-0700
Attorneys for Plaintiff Sunset Financial Resources, Inc.

| | |
|---|---|
| SUNSET FINANCIAL RESOURCES, INC., <br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>REDEVELOPMENT GROUP V, LLC, a Pennsylvania limited liability company and DAWN STALEY,<br>　　　　　Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION<br>CAMDEN COUNTY<br>DOCKET NO: CAM-L-2922-05<br><br>Civil Action<br><br>ACKNOWLEDGMENT OF SERVICE |

　　　Service of the SUMMONS, COMPLAINT, CASE INFORMATION STATEMENT and TRACK ASSIGNMENT NOTICE, is acknowledged on behalf of the defendant, **REDEVELOPMENT GROUP V, LLC, a Pennsylvania limited liability company**, on this 1ST day of June, 2005.

　　　　　　　　　　Fox Rothschild, LLP
　　　　　　　　　　Attorneys at Law


　　　　　　　　　　By: _____
　　　　　　　　　　　　James Griffith, Esq.
　　　　　　　　　　　Attorney for Redevelopment Group V, LLC

**NORRIS, McLAUGHLIN & MARCUS**
A Professional Corporation
721 Route 202-206
P.O. Box 1018
Somerville, NJ  08876-1018
(908) 722-0700
Attorneys for Plaintiff



| | |
|---|---|
| SUNSET FINANCIAL RESOURCES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> REDEVELOPMENT GROUP V, LLC, a Pennsylvania limited liability company and DAWN STALEY, <br><br> Defendants. | SUPERIOR COURT OF NEW JERSEY <br> LAW DIVISION <br> CAMDEN COUNTY <br> DOCKET NO: CAM-L <br><br> Civil Action <br><br> COMPLAINT AND DESIGNATION OF TRIAL COUNSEL |

L 2922 05

Sunset Financial Resources, Inc. ("the Holder"), having a place of business at 10245 Centurian Parkway North, Suite 305, Jacksonville, Florida 32256, by way of complaint says:

**FIRST COUNT**

1.  On August 4, 2004, Redevelopment Group V, LLC, a Pennsylvania limited liability company ("the Borrower"), as obligor, being indebted to Sunset Commercial Group, LLC ("Commercial"), executed and delivered to Commercial a Note (the "Note") in the principal amount of $4,700,000.00, with payments to be made and interest calculated in accordance with the terms of the Note.

2.  The Note provides that if any payment due under the Note remains unpaid when due, the whole principal sum, with all unpaid interest, shall at the option of Commercial, or its successors or assigns, become immediately due and payable.

3. The Note provides that if, for any reason, payment is not made within five (5) days after the due date thereof, defendant, the Borrower will be charged a late fee of ten (10%) percent of the overdue payment amount.

4. The Note provides that after default interest shall accrue on the outstanding balance at the highest lawful interest rate.

5. The Note authorizes the Plaintiff to collect all costs and expenses, including attorney's fees, incurred in enforcing the Note.

6. On October 29, 2004, Commercial assigned all of its interest in the Note to the Plaintiff.

7. The Borrower has defaulted in making the payments due under the Note, which default has continued to the present.

8. As a result of the default by Borrower, the Plaintiff has accelerated the payments of all amounts due under the Note. As a result, all amounts due under the Note are presently due and payable.

9. The Plaintiff has made demand on the Borrower for payment of the above described obligation but the Borrower has failed to pay the amount due.

WHEREFORE, Plaintiff demands judgment against defendant, Redevelopment Group V, LLC, as follows:

A. Principal due and owing under the Note;

B. Interest, default interest and late charges due and owing under the Note;

C. Attorney's fees and costs; and

D. Such other and further relief as the Court deems just and proper.

## SECOND COUNT

1. Plaintiff repeats and realleges each of the above allegations as if set forth fully herein.

2. Defendant, Dawn Staley (the "Guarantor"), guaranteed payment of the Note by written Unconditional and Irrevocable Guaranty (the "Guaranty") dated August 4, 2004.

3. Pursuant to the Guaranty, and by virtue of the default of the Borrower, the entire balance of the Note is now due and owing from the Guarantor to the Plaintiff.

WHEREFORE, Plaintiff demands judgment against Dawn Staley, for:

A. Principal due and owing under the Note;

B. Interest, late charges and default interest due and owing under the Note;

C. Attorney's fees and costs; and

D. Such other and further relief as the Court deems just and proper.

## DESIGNATION OF TRIAL COUNSEL

Alison L. Galer, Esq. is hereby designated as trial counsel for plaintiff in this matter.

NORRIS, McLAUGHLIN & MARCUS
Attorneys for Plaintiff
Sunset Financial Resources, Inc.

By: *(signature)*
Alison L. Galer

Dated: April 7, 2005

## CERTIFICATION

I HEREBY CERTIFY that to the best of my knowledge, there exists no other action pending in any court or in arbitration concerning this action, other than the foreclosure actions pending in the Superior Court of New Jersey, Camden County, Chancery Division, a Docket Number has not yet been assigned and that no other action is contemplated. To my knowledge, all parties who should be joined in this action have been joined.

I HEREBY CERTIFY that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: April 7, 2005

*/s/ Alison L. Galer*
Alison L. Galer

# CIVIL CASE INFORMATION STATEMENT (CIS)

Use for initial Law Division – Civil Part pleadings (not motions) under Rule 4:5-1.
Pleading will be rejected for filing, under Rule 1:5-6(c) if information above the bar is not completed or if attorney's signature is not affixed.

**FOR USE BY CLERK'S OFFICE ONLY**
PAYMENT TYPE: CK   CG   CA
CHG / CK NO.:
AMOUNT:
OVERPAYMENT:
BATCH NUMBER:

| Field | Value |
|---|---|
| ATTORNEY / PRO SE NAME | ALISON L. GALER, ESQ. |
| TELEPHONE NUMBER | (908) 722-0700 |
| COUNTY OF VENUE | CAMDEN |
| FIRM NAME (if applicable) | NORRIS, MCLAUGHLIN & MARCUS |
| DOCKET NUMBER (When available) | L 2922 05 |
| OFFICE ADDRESS | 721 ROUTE 202-206, P.O. BOX 1018, SOMERVILLE, NJ 08876 |
| DOCUMENT TYPE | COMPLAINT |
| JURY DEMAND | ☐ YES   XX NO |
| NAME OF PARTY (e.g. John Doe, Plaintiff) | SUNSET FINANCIAL SERVICES, INC. |
| CAPTION | REDEVELOPMENT GROUP V, LLC and DAWN STALEY |
| CASE TYPE NUMBER (See reverse side for listing) | 503 |
| NAME OF DEFENDANT'S PRIMARY INSURANCE COMPANY, IF KNOWN | ☒ NONE   ☐ UNKNOWN |
| RELATED CASES PENDING? | ☐ YES   ☒ NO |
| IF YES, LIST DOCKET NUMBERS | |
| DO YOU ANTICIPATE ADDING ANY PARTIES (arising out of same transaction or occurrence)? | ☐ YES   ☒ NO |

Filed APR – 8 2005  CAMDEN COUNTY SUPERIOR COURT

**THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE.**

CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

A. DO PARTIES HAVE A CURRENT, PAST OR RECURRENT RELATIONSHIP?  ☒ YES   ☐ NO
IF YES, IS THAT RELATIONSHIP: ☐ EMPLOYER – EMPLOYEE   ☐ FRIEND / NEIGHBOR   ☐ OTHER (explain) ____
☐ FAMILIAL   ☒ BUSINESS

B. DOES THE STATUTE GOVERNING THIS CASE PROVIDE FOR PAYMENT OF FEES BY THE LOSING PARTY?  ☐ YES   ☒ NO

USE THIS SPACE TO ALERT THE COURT TO ANY SPECIAL CASE CHARACTERISTICS THAT MAY WARRANT INDIVIDUAL MANAGEMENT OR ACCELERATED DISPOSITION:

DO YOU OR YOUR CLIENT HAVE ANY NEEDS UNDER THE AMERICANS WITH DISABILITIES ACT?   ☐ YES   XX NO   IF YES, PLEASE IDENTIFY: ____

WILL AN INTERPRETER BE NEEDED?   ☐ YES   XX NO   IF YES, PLEASE IDENTIFY: ____

ATTORNEY SIGNATURE: /s/ Alison L. Galer

**SIDE 2**

# CIVIL CASE INFORMATION STATEMENT
## (CIS)

Use for initial pleadings (not motions) under Rule 4:5-1.

CASE TYPES (Choose one and enter number of case type in appropriate space on reverse side)

**Track I – 150 days' discovery**

| | |
|---|---|
| 151 | NAME CHANGE |
| 175 | FORFEITURE |
| 302 | TENANCY |
| 399 | REAL PROPERTY |
| 502 | BOOK ACCOUNT |
| 503 | COMMERCIAL TRANSACTION |
| 505 | OTHER INSURANCE CLAIM (INCLUDING DECLARATORY JUDGEMENT ACTIONS) |
| 506 | PIP COVERAGE |
| 510 | UM OR UIM CLAIM |
| 511 | ACTION ON NEGOTIABLE INSTRUMENT |
| 599 | CONTRACT |
| 801 | SUMMARY ACTION |

**Track II – 300 days' discovery**

| | |
|---|---|
| 305 | CONSTRUCTION |
| 509 | EMPLOYMENT (other than CEPA or LAD) |
| 602 | ASSAULT AND BATTERY |
| 603 | AUTO NEGLIGENCE – PERSONAL INJURY |
| 605 | PERSONAL INJURY |
| 610 | AUTO NEGLIGENCE – PROPERTY DAMAGE |
| 699 | TORT – OTHER |

**Track III – 450 days' discovery**

| | |
|---|---|
| 005 | CIVIL RIGHTS |
| 301 | CONDEMNATION |
| 604 | MEDICAL MALPRACTICE |
| 606 | PRODUCT LIABILITY |
| 607 | PROFESSIONAL MALPRACTICE |
| 608 | TOXIC TORT |
| 609 | DEFAMATION |
| 616 | WHISTLEBLOWER/CONSCIENTIOUS EMPLOYEE PROTECTION ACT (CEPA) CASES |
| 617 | INVERSE CONDEMNATION |
| 618 | LAW AGAINST DISCRIMINATION (LAD) CASES |

**Track IV – Active Case Management by Individual Judge / 450 days' discovery**

| | |
|---|---|
| 156 | ENVIRONMENTAL COVERAGE LITIGATION |
| 234 | FRT PLYWOOD LITIGATION |
| 245 | ACTIONS UNDER FEDERAL Y2K ACT |
| 303 | MT. LAUREL |
| 508 | COMPLEX COMMERCIAL |
| 613 | REPETITIVE STRESS SYNDROME |
| 701 | ACTION IN LIEU OF PREROGATIVE WRIT |

**Mass Tort (Track IV)**

| | |
|---|---|
| 240 | DIET DRUG |
| 241 | TOBACCO |
| 243 | LATEX |
| 246 | REZULIN |
| 601 | ASBESTOS |
| 611 | BREAST IMPLANT CASES |
| 612 | BLOOD-CLOTTING SERUM |

999   OTHER (Briefly describe nature of action) _____

If you believe this case requires a track other than that provided above, please indicate the reason on Side 1, in the space under "Case Characteristics."